Metropolitan Life Insurance Company, appellee, v. Sol Rubin et al.
Maurice R. Union, appellant. Gen. No. 40,074.

Opinion filed April 11, 1938.
Max M. Grossman and Edward M. Keating, for appellant. Hoyne,
O'Connor & Rubinkam and George Gillette, for appellee; Nathaniel
Rubinkam, Norbert B. Tyrrell and William S. Allen, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Lileian C. Gardner et al., appellants, v. City of Chicago, appellee.
Gen. No. 39,696.

Opinion filed
April 11, 1938.
Howard F. Bishop and Clinton Merrick, for appellants; Daniel S.
Wentworth and Urion, Bishop & Sladkey, of counsel. Barnet Hodes,
Corporation Counsel, for appellee; Alexander J. Resa, Assistant Cor-
poration Counsel, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

B. J. Dolan, plaintiff, v. Rubin Morensky et al., defendants. E. R.
Burnett et al., appellants, v. Peter B. Carey et al., appellees. Gen.
No. 39,892.

Opinion filed April 11, 1938. Rehearing denied April 25,
1938.
Earl V. Brown, for certain appellant. William C. Bausch, for cer-
tain other appellants. Shulman, Shulman & Abrams and Rosenfeld &
Bromberg, for apellees; Meyer Abrams, of counsel.
Mr. Justice Matchett delivered the opinion of the court.